**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edgar Pangilinan,<br><br>      Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>      Respondent. | No. CV-07-1687-PHX-DGC (CRP)<br><br>**ORDER** |

Petitioner Edgar Pangilinan is subject to an order of removal from the United States and is being detained by the federal Bureau of Immigration and Customs Enforcement of the Department of Homeland Security. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #1. Petitioner requests an order requiring a bond hearing or his immediate release from custody. *Id.*

On October 17, 2008, United States Magistrate Judge Charles Pyle issued a report and recommendation ("R&R") recommending that the Court grant the petition unless, within 60 days, the Government (1) provides Petitioner with a hearing before an immigration judge with the power to grant him bail or (2) shows that he has already received a bond hearing. Dkt. #10. The Government has filed a notice indicating that a bond hearing was scheduled for November 4, 2008. Dkt. #11. Petitioner has not filed a response to the Government's notice. Because it appears that Petitioner has received a bond hearing, the Court will deny his petition as moot.

**IT IS ORDERED:**

1. The Magistrate Judge's R&R (Dkt. #10) is **accepted**.

2. Petitioner's petition for writ of habeas corpus (Dkt. #1) is **dismissed** as moot.

DATED this 9th day of December, 2008.

_____
David G. Campbell
United States District Judge